# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>Mark Douglas Warren ALDRICH,<br><br>　　　　　　　　Defendant. | Case No.: **20-mj-4875**<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. §§ 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about November 9, 2020, within the Southern District of California, Mark Douglas Warren ALDRICH, did knowingly and intentionally import 500 grams and more, to wit: approximately 17.38 kilograms (38.32 pounds), of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Special Agent Carmen Jacobsen
　　　　　　　　　　　　　　　　　　Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 10th of November 2020.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON BERNARD G. SKOMAL
　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE

## STATEMENT OF FACTS

On November 9, 2020, at approximately 10:45 PM, Mark Douglas Warren ALDRICH, ("ALDRICH"), a United States citizen, applied for entry into the United States from Mexico through the San Ysidro Port of Entry in vehicle lane #21. ALDRICH was the driver and sole occupant of a 2009 Cadillac ("the vehicle") bearing California license plates.

A Customs and Border Protection Officer (CBPO) received two negative Customs declarations from ALDRICH. ALDRICH stated he was crossing the border to go to Chula Vista, California.

A Canine Enforcement Team was conducting pre-primary operations when the Human and Narcotic Detection Dog alerted to the rear quarter panel area of the vehicle and was referred for secondary inspection.

A CBPO operating the Z-Portal X-Ray machine detected anomalies in the driver's side quarter panel of the vehicle.

Further inspection of the vehicle resulted in the discovery of 41 total packages concealed in the rear quarter panels, passenger seat backrest, and in a large green duffel bag. 38 of the packages contained a substance, a sample of which field tested positive for the characteristics of methamphetamine, with a total approximate weight of 17.38 kgs (38.32 lbs); 1 of the packages contained a substance, a sample of which

1

field tested positive for the characteristics of heroin, with a total approximate weight of 9.33 grams (.020 lbs); 1 of the packages contained a substance, a sample of which field tested positive for the characteristics of amphetamines, with a total approximate weight of 9.29 grams (.020 lbs); and 1 of the packages contained a substance, a sample of which field tested positive for the characteristics of marijuana, with a total approximate weight of 138.89 grams (.31 lbs). Additionally, a Smith & Wesson .40 caliber handgun loaded with ten (10) rounds of .40 caliber ammunition was found concealed inside the driver's side door panel.

ALDRICH was placed under arrest at approximately 2:25 AM on November 10, 2020.

ALDRICH was arrested and charged with a violation of Title 21, United States Code, 952 and 960, importation of a controlled substance.