```
                                            FILED
                                         Nov 19 2020
                                           2:58 pm
                                     CLERK, U.S. DISTRICT COURT
                                   SOUTHERN DISTRICT OF CALIFORNIA
                                   BY    s/ soniad      DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2019 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MARK DOUGLAS WARREN ALDRICH,<br><br>    Defendant. | Case No. **'20 CR3722 LAB**<br><br>I N D I C T M E N T<br><br>Title 21, U.S.C., Secs. 952 and 960 – Importation of Methamphetamine, Heroin, and Marijuana; Title 18, U.S.C., Secs. 922(g)(1) and 924(a)(2) – Felon in Possession of a Firearm |

The grand jury charges:

### Count 1

On or about November 9, 2020, within the Southern District of California, defendant MARK DOUGLAS WARREN ALDRICH did knowingly and intentionally import 500 grams and more, to wit: approximately 17.38 kilograms (38.32 pounds) of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

### Count 2

On or about November 9, 2020, within the Southern District of California, defendant MARK DOUGLAS WARREN ALDRICH did knowingly and intentionally import approximately 9.33 grams of heroin, a Schedule I Controlled Substance, into the United States from a place outside

OR:nlv:San Diego:11/18/20

thereof; in violation of Title 21, United States Code, Sections 952 and 960.

## Count 3

On or about November 9, 2020, within the Southern District of California, defendant MARK DOUGLAS WARREN ALDRICH did knowingly and intentionally import approximately 138.89 grams of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

## Count 4

On or about November 9, 2020, within the Southern District of California, defendant MARK DOUGLAS WARREN ALDRICH, being a person who had previously been convicted in a court, that is, the Superior Court of California, County of Placer, of a crime punishable by imprisonment for a term exceeding one year, that is, on or about February 28, 2019, possession of a stolen vehicle, in violation of California Penal Code Section 496d(a), did knowingly and unlawfully possess in and affecting commerce a firearm, that is, a Smith and Wesson "40 Tactical" silver and black .40 caliber handgun with a defaced serial number; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

DATED: November 19, 2020.

A TRUE BILL:

_____
Foreperson

ROBERT S. BREWER, JR.
United States Attorney

By: _____
OWEN ROTH
Assistant U.S. Attorney